**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
**COURTNEY GARRIS,**

                     **Plaintiff,**

         -v-                    Docket No.: 13 cv 2605 (CM) (DCF)

                                        **RULE 7.1 STATEMENT**

**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**

                     **Defendant.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the local rules of the United States District Court for the Southern and Eastern Districts of New York the undersigned counsel for the named defendant **TRADING TECHNOLOGIES INTERNATIONAL, INC.,** certifies that there are no publicly held corporate parents, affiliates and/or subsidiaries of the named defendant.

Dated: New York, New York
       April 23, 2013

                                                      Respectfully submitted,

                                                      **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                             By:     ___/s/_ Celena R. Mayo_____
                                         Ricki E. Roer
                                         Celena R. Mayo
                                         Bindu Krishnasamy
                                         Attorneys for Defendant
                                         **TRADING TECHNOLOGIES INTERNATIONAL, INC.**
                                         150 East 42nd Street
                                         New York, New York 10017
                                         Telephone: (212) 490-3000
                                         Facsimile: (212) 490-3038